**FILED**

APR 2 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE LINDBERG

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 08CR 342 |
| vs. | ) | |
| | ) | Violation: Title 8, United States Code, |
| PATRICK CLAY BLANTON | ) | Section 1542 |
| | ) | |
| | ) | |

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about September 11, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

PATRICK CLAY BLANTON,

defendant herein, willfully and knowingly made a false statement in an application for passport with intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, namely, defendant falsely represented on an application for a United States Passport that he was Individual A, with date of birth XX/XX/1981, when in truth and in fact, as defendant well knew, he was not Individual A, and defendant's true name was Patrick Clay Blanton, with date of birth XX/XX/1978;

In violation of Title 18, United States Code, Section 1542.

A TRUE BILL:

_____
FOREPERSON

UNITED STATES ATTORNEY