**08 CR 342**

Minute Order Form **MAGISTRATE JUDGE GERALDINE SOAT BROWN**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | JUDGE LINDBERG | Sitting Judge if Other Than Assigned Judge | Maria Valdez |
|---|---|---|---|
| CASE NUMBER | 08 GJ 320 | DATE | APRIL 24, 2008 |
| CASE TITLE | US v. PATRICK CLAY BLANTON | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

### SPECIAL JUNE 2007

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before Judge or Magistrate Judge _____Maria Valdez_____

Docket Entry:

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

FILED

APR 2 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE           UNDER SEAL)

| | | | Number of notices | DOCKET# |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | |
| | No notices required. | | Date docketed | |
| | Notices mailed by judge's staff. | | Docketing | |
| | Notified counsel by telephone. | | dpty. initials | |
| | Docketing to mail notices | | Date mailed notice | |
| | Mail AO 450 form. | | Mailing | |
| | Copy to judge/magistrate judge. | | dpty. initials | |
| | Courtroom Deputy Initials | Date/time received in Central Clerk's office | | |