UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

F I L E D

APR 2 4 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDGE LINDBERG

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

UNITED STATES OF AMERICA )
)
v. ) No.
)
PATRICK CLAY BLANTON )
)

08CR 342

GOVERNMENT'S DECLARATION REGARDING GRAND JURY
SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)

Now comes the UNITED STATES OF AMERICA, through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and pursuant to Rule 1.04(d) of the Local Criminal Rules for the Northern District of Illinois, states as follows:

No grand jury subpoenas were issued relating to the indictment returned in the above-captioned case.

Respectfully,

PATRICK J. FITZGERALD
United States Attorney

By: /s/ Anthony P. Garcia
Anthony P. Garcia
Assistant U.S. Attorney

Date: April 24, 2008