## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 342 | **DATE** | 5/8/2008 |
| **CASE TITLE** | USA vs. Patrick Clay Blanton | | |

**DOCKET ENTRY TEXT**

Initial appearance held. Arraignment proceedings held. Defendant voluntarily surrenders on 05/08/08. Defendant informed of his rights. Piyush Chandra of the Federal Defender Program is appointed as counsel for the defendant for the initial appearance and arraignment proceedings only. Defendant waives formal reading of the Indictment. Defendant enters plea of not guilty to all counts of the Indictment. Rule 16.1(A) conference to be held on or before 05/15/08. Pretrial motions to be filed on or before 05/29/08. Responses to pretrial motions shall be filed on or before 06/12/08. Status hearing before Judge Lindberg is set for 06/18/08 at 9:30 a.m. On the government's motion and the defendant not objecting, the court finds that the time until the status before the District Judge shall be excluded pursuant to 18 U.S.C. § 3161(h)(1) and *U.S. v. Tibboel*, 753 F.2d 608 (7th Cir. 1985). Enter Order Setting Conditions of Release. Defendant shall be released after processing. *Geraldine Soat Brown*

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:10

| | | Courtroom Deputy Initials: | NTF |
|---|---|---|---|