# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                              Case No.: 1:08−cr−00342
                                                  Honorable George W. Lindberg

Patrick Clay Blanton

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable George W. Lindberg Patrick Clay: At the request of defense counsel, and no objection by the government, the status hearing set for 6/25/2008 is stricken. Status hearing reset to 8/27/2008 at 9:30 a.m. Time will be excluded because doing so serves the ends of justice. Specifically, the benefits of allowing the parties to attempt to negotiate a disposition of the case before trial outweigh the interests of the public and the defendant in a speedy trial. Therefore, the Court excludes time pursuant to 18 U.S.C. section 3161(h)(8)(A). Time begins 6/25/2008. Time ends 8/27/2008. Mailed notice (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.