## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA
                        Plaintiff,

v.                                           Case No.: 1:08−cr−00342
                                           Honorable George W. Lindberg

Patrick Clay Blanton
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 14, 2008:

      MINUTE entry before the Honorable George W. Lindberg: Hearing set for 8/27/2008 at 9:30a.m. for rule to show cause why defendant, Patrick Blanton's bond shouldnot be revoked. Mailed notice (slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 342 - 1 | **DATE** | 8/14/2008 |
| **CASE TITLE** | United States of America vs. Patrick Blanton | | |

**DOCKET ENTRY TEXT**

Hearing set for 8/27/2008 at 9:30a.m. for rule to show cause why defendant, Patrick Blanton's bond should not be revoked.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|